THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-

4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THE UNITED STATES OF AMERICA

Date: _12/28/08_

MICHAEL J. GUZMAN
Principal Deputy Assistant Attorney General

STEVEN R. BAER, Senior Counsel
DAVID L. GORDON, Trial Attorney
BRADLEY L. LEVINE, Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
Post Office Box 7611
Washington, DC 20044-7611
202-514-2794
202-514-3659
*steven.baer@usdoj.gov*
david.l.gordon@usdoj.gov
bradley.levine@usdoj.gov

RALPH J. MARRA, JR.
United States Attorney
SUSAN J. STEELE
Chief, Civil Division
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, New Jersey  07102

THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-

4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

WALTER MUGDAN
Director, Emergency & Remedial Response Division
United States Environmental Protection Agency
Region II
290 Broadway
New York, New York 10007

WILLIAM TUCKER
Assistant Regional Counsel
United States Environmental Protection Agency
Region II
290 Broadway
New York, New York 10007

**DRAFT** Changes from December 5, 2008 TC

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781

(WHW) relating to the Combe Fill South Landfill Superfund Site:

NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION AND
THE NEW JERSEY SPILL
COMPENSATION FUND

Dated: _____

By:_____
IRENE KROPP
Assistant Commissioner
Site Remediation & Waste Management

Dated: *12/19/08*

By:_____
AMY CRADIC
Assistant Commissioner
Natural and Historic Resources

Dated: _____

By:
ANTHONY J. FARRO
Administrator
New Jersey Spill Compensation Fund

**DRAFT**  Changes from December 5, 2008 TC

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781

(WHW) relating to the Combe Fill South Landfill Superfund Site:

NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION AND
THE NEW JERSEY SPILL
COMPENSATION FUND

Dated: 12/16/08

By: _____
IRENE KROPP
Assistant Commissioner
Site Remediation & Waste Management

Dated: _____

By: _____
AMY CRADIC
Assistant Commissioner
Natural and Historic Resources

Dated: 12/16/08

By: _____
ANTHONY J. FARRO
Administrator
New Jersey Spill Compensation Fund

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

HONEYWELL INTERNATIONAL

Date: *12/01/2008*

By: *David L. Wickersham*

DAVID L. WICKERSHAM
Director, Remediation & Evaluation Services

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:

Title:

Address:

– 67 –

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT:

Howmet Corporation

Date: December 3, 2008

By:    Bruce White

Title:  Attorney and authorized representative

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Bruce White
Karaganis, White & Magel, ltd.
414 North Orleans
Suite 810
Chicago, IL  60610

312-836-1177 Ext. 150 (phone)
312-836-9083 (fax)
BWhite@K-W.com

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT:

L.E. Carpenter & Company and PolyOne Corporation (successor in interest to M.A. Hanna Company)

Date: November 26, 2008

By:    Richard E. Hahn

Title:  Assistant Secretary


Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:      Corporate Secretary
Address:   PolyOne Corporation
           33587 Walker Road
           Avon Lake, Ohio 44012

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT **Mars, Incorporated**

Date: November 25, 2008

Ellen O. Kollar
General Counsel North America
Mars, Incorporated
6885 Elm Street
McLean, Virginia 22101

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Arthur S. Garrett III

Title:  Counsel, Keller and Heckman, LLP

Address: 1001 G Street, N.W.
             Suite 500 West
             Washington, DC 20001

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-

4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT:

Cadillac Plastic Group, Inc. (n/k/a M.A.
Hanna Plastic Group, Inc.) (f/n/a National
Hose, Dayco Corporation and Day
International Corporation) and PolyOne
Corporation (successor in interest to M.A.
Hanna Company)

Date: November 26, 2008

By:     Richard E. Hahn

Title:  Assistant Secretary

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:       Corporate Secretary
Address:    PolyOne Corporation
            33587 Walker Road
            Avon Lake, Ohio 44012

**DRAFT** Comments from November 20, 2008 TC

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-

4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT: American Thermoplastics Corp.
By its Successor, ConocoPhillips Company

Date: 12/1/08

[Names and address of Defendant's   signatories]
John E. Skopak, Manager, Risk Management & Remediation
ConocoPhillips Risk Management and Remediation
420 S. Keeler, 1346PB
Bartlesville, OK  74004

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        United States Corporation

Title:

Address:      830 Bear Tavern Road
              West Trenton, NJ 08628

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT RAYONIER INC.

Date:December 3, 2008

Michael R. Herman
Vice President and General Counsel
50 N. Laura Street
Jacksonville, FL 32202

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Lynn Wright  ( lwright @ eapd law . com )

Title: Partner, Edwards Angell Palmer + Dodge, LLP

Address: 750 Lexington Avenue, NY, NY 10022

NYC 316885.1

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT COLGATE-PALMOLIVE
COMPANY AS SUCCESSOR TO, AND ON
BEHALF OF THE MENNEN COMPANY, ITS
FORMER SUBSIDIARY SCANNON, LTD. AND
ITS SUBSIDIARIES SCANNON
INTERNATIONAL LTD. AND LANVIN
PERFUMES, INC.

Date: _Dec 2, 2008_

_William Faraday_
William Faraday

Colgate-Palmolive Company
300 Park Avenue
New York, NY

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  CT Corporation

Address:  820 Bear Tavern Road
             West Trenton, N.J. 08628

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-

4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT:

Warner-Lambert Company LLC (sued and formerly known
as Warner Lambert Company, Inc. ), including without
limitation, Warner Chilcott, Inc., Warner Chilcott
Laboratories, Warner Lambert Research Institute, Chilcott
Laboratories, Inc., Parke Davis & Co., American Chicle
Company, Emerson Drug Company, and also including
Pfizer, Inc.

Date: November 24, 2008

By: Amy W. Schulman

Title: Senior Vice President and General Counsel
Pfizer Inc.

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: CT Corporation
Address: 111 Eighth Ave
New York New York 10011

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT VORNADO REALTY TRUST

Date: 12/15/08

Name: Joseph Macnow

Address:   210 Route 4 East
           Paramus, NJ 07652-0910

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:   **IRVIN M. FREILICH, ESQ.**

Title:   **PARTNER, ROBERTSON, FREILICH, BRUNO & COHEN, LLC**

Address:  **THE LEGAL CENTER – 9TH FLOOR
          ONE RIVERFRONT PLAZA
          NEWARK, NJ 07102**

{00082159.DOC;1}

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT MACK TRUCKS, INC.

Date: <u>December 1, 2008</u>

Scott Morris
US Country Process Owner
Health, Safety & Environment

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:      Thayer Dolan, Jr.

Title:      Counsel

Address:   Mack Trucks, Inc.
           7900 National Service Road CC2/7
           Greensboro, NC 27409

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT, Kraft Foods Global, Inc., as successor in interest to Dart Industries, Inc.

Date:  November 26, 2008

Name:

Jeffrey S. Srulovitz
Chief Environmental and Safety Counsel
Kraft Foods Global, Inc.
Three Lakes Drive
Northfield, Illinois  60093

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:      Bressler, Amery & Ross, P.C.
           c/o Donald J. Camerson, II

Title:     Attorneys for Kraft Foods Global, Inc.

Address:   325 Columbia Turnpike
           Florham Park, New Jersey  07932

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-

4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT COMPACTION SYSTEMS
CORPORATION (A NEW JERSEY CORPORATION)
AND COMPACTION SYSTEMS CORPORATION
OF CONNECTICUT, INC.

Date: December 31, 2008

JEFFREY M. POLLOCK
Counsel for Compaction Systems Corporation (a New
Jersey Corporation) and Compaction Systems
Corporation of Connecticut, Inc.

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:       Jeffrey M. Pollock

Title:       Counsel for Compaction Systems Corporation (a New Jersey Corporation) and
             Compaction Systems Corporation of Connecticut, Inc.

Address:    Fox Rothschild LLP
            997 Lenox Drive
            Building 3
            Lawrenceville, NJ 08648

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
A&P TEA COMPANY
(THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC.)

Date: _11-3-08_

_____
Christopher McGarry, Vice President, Legal Services
2 Paragon Drive, Montvale, NJ 07645

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:   _BLUMBERG EXCELSIOR CORPORATE SERVICES_

Title:

Address:   _691 STATE HIGHWAY 33, TRENTON, NJ 08619_

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
ACME MARKETS, INC.

Date: _____10/18/08_____          _____

Ronald T. Mendes, Vice President
250 Parkcenter Blvd.
Boise, Idaho 83726

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _____Ronald T. Mendes_____

Title: _____Vice President_____

Address: _____250 Parkcenter Blvd._____
Boise, Idaho 83726

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT AGWAY PETROLEUM CORPORATION, AGWAY ENERGY PRODUCTS LLC, AGWAY INC., YAWGA ENERGY PRODUCTS LLC (F/K/A AGWAY ENERGY PRODUCTS LLC), AND AGWAY LIQUIDATING TRUST

Date: 10/16/08

Karen J. Ohliger, CFO
Agway Liquidating Trust
PO Box 4933
Syracuse, NY 13221-4933

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        Anthony J. Reitano, Esq.

Title:        Attorney

Address:        Herold and Haines
25 Independence Boulevard
Warren, NJ 07059-6747

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR   THIRD-PARTY   DEFENDANT   AIR PRODUCTS AND CHEMICALS, INC.

Date: 27 Oct 2008

_____

Stephen J. Jones, Senior Vice President,
General Counsel and Secretary
7201 Hamilton Boulevard
Allentown, PA  18195


Agent Authorized to Accept Service on Behalf of Above-signed Party:

John P. Mitchell, Esq.
William L. Warren, Esq.
Drinker Biddle & Reath LLP
105 College Road East
Suite 300
Princeton, NJ  08542

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
ASHLAND INC. (DREW CHEMICAL)

Date: November 18, 2008

David M. Abner
Senior Litigation Counsel
Ashland Inc.
5200 Blazer Parkway
Dublin, Ohio 43017

Agent Authorized to Accept Service on Behalf of Ashland Inc.:

Corporation Service Company
80 State Street
Albany, New York 12207

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT
> AUTOMATIC SWITCH COMPANY ON
> BEHALF OF ITSELF, AND ITS SUBSIDIARIES
> ASCO VALVE INC., ASCO VALVE
> MANUFACTURING, LLC, AND ASCO POWER
> TECHNOLOGIES, L.P., AND ITS FORMER
> SUBSIDIARY ASCO ELECTRICAL PRODUCTS
> CO., INC. (NOW DISSOLVED) AND ITS
> PREDECESSORS IN INTEREST AND
> AFFILIATES BIKSUN MANUFACTURING CO.,
> INC., B.K. ELECTRICAL PRODUCTS CO., INC.
> AND SUN ELECTRICAL PRODUCTS

Date: 11/3/08

By: Harold J. Lamboley, Jr., Esq.

Automatic Switch Company
50-60 Hanover Road
Florham Park, NJ 07932-1595

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:          Jennifer A. Giblin

Title:          Attorney

Address:      Pillsbury Winthrop Shaw Pittman LLP
                    2300 N St NW
                    Washington DC 20037

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
BASF CORPORATION

Date: December 4, 2008

Linda S. Mirsky Brenneman
Counsel
BASF Corporation
100 Campus Drive
Florham Park, NJ 07932


Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Linda S. Mirsky Brenneman

Title:   Counsel

Address: BASF Corporation
             100 Campus Drive
             Florham Park, NJ 07932

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT BEMIS
COMPANY

Date: *10/15/08*

*Carmen M Ferguson*
[Names and address of Defendant's signatories]
*One Neenah Center*
*PO Box 669*

Agent Authorized to Accept Service on Behalf of Above-signed Party:
*Neenah, WI   54957*

Name:   Bemis Company, Inc.
        c/o CT Corporation
Title:  Authorized Agent

Address:  820 Bear Tavern Rd.
          West Trenton, NJ 08628

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT
> BENEFICIAL MANAGEMENT CORPORATION,
> ON BEHALF OF ITSELF AND BENEFICIAL
> CORPORATION, BENEFICIAL DATA
> PROCESSING CORPORATION (BENCOM)
> AND BENEFICIAL MANAGEMENT
> HEADQUARTERS, INC.

Date:  October 17, 2008

Jean M. Hineman
Assistant Secretary
Beneficial Management Corporation
26525 N. Riverwoods Blvd.
Mettawa, IL 60045

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:          CT Corporation System

Title:          Authorized Agent

Address:        1209 Orange Street
                Wilmington, DE 19801

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

<div style="margin-left:40%">

FOR THIRD-PARTY DEFENDANT BREEN
COLOR CONCENTRATES, A DIVISION OF
PVC COMPOUNDERS, LLC; PVC
COMPOUNDERS, LLC, BREEN COLOR
CONCENTRATES, INC.

</div>

Date: __10/27/08_____            _____
                                    [Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:         Howard DeMonte

Title:        President, Breen Color Concentrates

Address:      11 Kari Drive, Lambertville, NJ 08530

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT
> BRENTWOOD ASSOCIATES D/B/A
> BRENTWOOD GARDENS, BRENTWOOD
> GARDENS ASSOCIATES AND BRENTWOOD
> GARDENS, INC.

Date: _11 | 6 | 08_                         _Barni B. Ellier_  Partner

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Scott J. Ely, Esq.

Title: Attorney for Brentwood Associates

Address:  c/o Featherstonhaugh, Wiley & Clyne, LLP
          99 Pine St.
          Albany, NY  12207

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
CHICOPEE   MANUFACTURING   CO.,
(JOHNSON & JOHNSON, AS SUCCESSOR IN
INTEREST TO CHICOPEE MANUFACTURING
COMPANY   DIVISION   OF   JOHNSON   &
JOHNSON)

Date: October 31, 2008

*Steven Rosenberg*

Steven Rosenberg, Secretary


Agent Authorized to Accept Service on Behalf of Above-signed Party:

John P. Mitchell, Esq.
William L. Warren, Esq.
Drinker Biddle & Reath LLP
105 College Road East
Suite 300
Princeton, NJ  08542

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT COMPTON PRESS, INC.

Date: 12/5/08

_____

Daniel Kane
Fireman's Fund Insurance Company,
on behalf of Compton Press, Inc.
777 San Marin Drive, C87
Novato, CA  94998-3400

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        Robert M. Muilenburg, Esq.
             COUGHLIN DUFFY, LLP

Title:       Counsel

Address:     350 Mount Kemble Avenue
             P.O. Box 1917
             Morristown, New Jersey 07962-1917

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
COOPER CHEMICAL COMPANY

Date: _10/27/08_

Hugo Kleinhans, III, President
20 Parker Road
Long Valley, NJ 07853

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:         Karen E. Murphy, Esq.

Title:          Attorney

Address:      Bressler, Amery & Ross, P.C.
              P.O. Box 1980
              Morristown, NJ 07960

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

<div style="margin-left:40%">

FOR THIRD-PARTY DEFENDANT
DAIRYPAK (INTERNATIONAL PAPER as
successor to CHAMPION INTERNATIONAL
CORPORATION)

</div>

Date: ⟨illegible⟩

David B. Struhs
Vice President
Environment, Health & Safety
International Paper
6400 Poplar Avenue
Memphis, TN  38197


Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Brian E. Heim, Esq.

Title:  Senior Counsel, EHS & Sustainability

Address:      International Paper
             6400 Poplar Avenue
             Memphis, TN 38197

             901-419-3824
             brian.heim@ipaper.com

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
DOVER GENERAL HOSPITAL AND
MEDICAL CENTER (ST. CLARE'S
HOSPITAL)

MATTHEW N. RANKIN, ESQ.
on behalf of Third party
Defendant, Dover General
Hospital and Medical Center
(Saint Clare's Hospital)

Dated:   December 29, 2008

**Agent Authorized to Accept Service on
Behalf of Above-signed Party:**

Name:          Raymond J. Fleming, Esq.

Title:          Counsel

Address:      Sachs, Maitlin, Fleming & Greene
              80 Main Street, Suite 310
              West Orange, New Jersey  07052

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
DREW UNIVERSITY

Date: 10-16-08

Howard Buxbaum, Vice-President of
Finance and Business Affairs
36 Madison Avenue
Madison, NJ 07940

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Howard Buxbaum

Title: Vice-President of Finance and Business Affairs

Address:  Drew University
36 Madison Avenue
Madison, NJ 07940

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT EDO ARTISAN, INC., FORMERLY KNOWN AS ARTISAN ELECTRONICS CORPORATION AND ARTISAN TECHNOLOGIES, INC.; A SUBSIDIARY OF EDO CORPORATION, ITT CORPORATION AND A FORMER SUBSIDIARY OF EMBLEM GROUP LIMITED AND MORGANITE INDUSTRIES INC.

Date: _Oct. 30, 2008_        _Cena D Davidson_

[Names and address of Defendant's signatories]


Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _Fern Fleischer Daves_

Title: _Senior Counsel_

Address: _ITT Corporation_
        _1133 Westchester Ave_
        _White Plains NY 10604_

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT HOLLAND MANUFACTURING COMPANY, INC.

Date: 10/23/08

_____
John Holland, President
15 Main Street
PO Box 404
Succasunna, New Jersey 07876

Agent Authorized to Accept Service on Behalf of Above-signed Party:

John Holland, President
Holland Manufacturing Company, Inc.
15 Main Street
PO Box 404
Succasunna, New Jersey 07876

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
HUNTERDON TRANSFORMER COMPANY

Date: _10-29-08_

[Names and address of Defendant's signatories]
George P. Droelle III, V. P.

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:   Bruce Herrigel

Title:   Attorney

Address:   11 Crossway, Clinton, NJ   08809

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT JERSEY CENTRAL POWER & LIGHT COMPANY D/B/A GPU ENERGY, ON ITS OWN BEHALF AND ON BEHALF OF FIRSTENERGY CORP. AND ITS SUBSIDIARIES

Date: _____

_____

Stephen E. Morgan, President
Jersey Central Power & Light Company
300 Madison Avenue
Morristown, NJ 07962-1911

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:    Douglas J. Weber

Title:    Senior Attorney

Address: FirstEnergy Corp., 76 S. Main Street, Akron, Ohio 44308

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT KENRO
CORP., N/K/A AFP IMAGING CORPORATION

*ELISE NISSEN OR DAVID VOZICIC*
*AFP IMAGING CORP*
*250 CLEARBROOK ROAD*
*ELMSFORD, NY 10523*

Date: *10/28/08*

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: *FARER FERSKO*
*Attn:* *DAVID FARER*
Title: *600 South Avenue*
Address: *Westfield, NJ*
*07091*

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
KETCHAM & MCDOUGALL, INC.

Date: _October 17, 2008_      by _____

[Names and address of Defendant's signatories]

111 W. Patent Rd.
MT. KISCO, NY 10549

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _Michael Rosenbaum_

Title: _President_

Address: _111 West Patent Rd._
_Mount Kisco, NY 10549_

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
KINGS SUPER MARKETS INC.

Date: 11-1-08 _____   _____
[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: PATRICK T. DENTATO

Title: SVP - CFO

Address: 700 LANIDEX PLAZA
PARSIPPANY, NEW JERSEY 07054

_Lorraine C. Streuli_

Lorraine C. Streuli
Notary Public of New Jersey
My Commission Expires June 26, 2013

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT KOMLINE-
SANDERSON ENGINEERING CORPORATION

Date: 12/15/08

_____ VP AND SECRETARY-TREAS.

[Names and address of Defendant's signatories]

R.P. BLICKENS
P.O. BOX 88
GLADSTONE, NJ 07934

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Robert P. Blickens

Title: VP And Secretary/Treasurer,
Komline-Sanderson Engineering Corp

Address: 12 Holland Avenue.
Peapack, New Jersey 07977

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR   THIRD-PARTY   DEFENDANT   L.P. THEBAULT COMPANY

Date: *10/5/08*

J. Brian Thebault, as representative and indemnitor of L.P. Thebault Company

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: J. Brian Thebault

Title:

Address: 310 South Street, Morristown, New Jersey 07960

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT LITTON
> SYSTEMS, INC. (AIRTRON), NOW KNOWN AS
> NORTHROP GRUMMAN GUIDANCE AND
> ELECTRONICS COMPANY, INC.

Date: 11/14/08

Kraig H. Scheyer
Vice President, Administrative Services
1840 Century Park East
Los Angeles, CA 90067

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  The Corporation Trust Company

Address:  820 Bear Tavern Road
West Trenton, New Jersey 08628
Phone:  (609) 538-1818

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT LOCKHEED
> MARTIN CORPORATION, A SUCCESSOR TO
> LOCKHEED ELECTRONICS COMPANY, INC.,
> ON BEHALF OF ITSELF, ITS PREDECESSORS
> AND ITS PAST AND CURRENT AFFILIATES,
> INCLUDING   BUT   NOT   LIMITED   TO
> LOCKHEED CORPORATION AND MARTIN
> MARIETTA CORPORATION

Date: _____          _____

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:

Title:

Address:

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT LUCENT TECHNOLOGIES INC. ON BEHALF OF ITSELF AND ON BEHALF OF ALCATEL-LUCENT, ALCATEL-LUCENT USA INC., AT&T, AT&T CORP., AMERICAN TELEPHONE & TELEGRAPH, AT&T TECHNOLOGIES INC., BELL TELEPHONE LABORATORIES INC. AND WESTERN ELECTRIC

Date: _Oct. 31, 2008_                      _____
                                           [Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Gary M. Fisher

Title: EH&S Remediation Manager

Address: Alcatel-Lucent USA Inc.
          600 Mountain Avenue
          Room 7F407A
          Murray Hill, NJ 07974

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.
Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department
of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.
98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
M. EPSTEIN, INC.

Date: December 17, 2008

_____
Signature

_Michael Levine_
Print name

_President_
Title

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        Karen E. Murphy, Esq.

Title:        Attorney

Address:     Bressler, Amery & Ross, P.C.
             P.O. Box 1980
             Morristown, NJ 07960

942600_1

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
METEM CORPORATION

Date: _10/28/08_

Steven H. Goldthwaite, President & CEO
Metem Corporation
700 Parsippany Road
Parsippany, NJ  07054

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:       David P. Schneider, Esq.

Title:        Counsel for Metem Corporation

Address:    Bressler, Amery & Ross, P.C.
            325 Columbia Turnpike
            Florham Park, New Jersey 07932
            P.O. Box 1980
            Morristown, New Jersey 07962

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR   THIRD-PARTY   DEFENDANT   NEW
> JERSEY DEPARTMENT OF ENVIRONMENTAL
> PROTECTION (FOR THE DIVISION OF PARKS
> AND FORESTRY AND THE DIVISION OF FISH
> & WILDLIFE)

Date:  October 29, 2008

> Amy Cradic, Assistant Commissioner
> Natural & Historic Resources
> PO Box 404
> 501 E. State Street
> Trenton, NJ  08625-0404

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Janis Hoagland

Title:  Director, NJDEP, Office of Legal Affairs

Address:  PO Box 402
          401 E. State Street
          Trenton, NJ  08625-0402

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT NEWELL
> OPERATING COMPANY FOR DISSOLVED
> CORPORATION NEWELL BLOOMSBURY CO.,
> F/D/B/A KOH-I-NOOR, INC.

Date: Oct. 20 2008

Lori A. Prokes, Assistant Secretary
Newell Operating Company
2707 Butterfield Road, Suite 100
Oak Brook, IL  60523

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:    Lori Prokes

Title:    Vice President, Assistant General Counsel

Address:    NewellRubbermaid Legal Services
2707 Butterfield Road, Suite 100
Oak Brook, IL 60523

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT NOVARTIS CORPORATION (F/K/A CIBA-GEIGY CORPORATION) ON BEHALF OF ITSELF, ITS PREDECESSORS, SUCCESSORS, CURRENT AND PAST PARENTS AND SUBSIDIARIES, INCLUDING BUT NOT LIMITED TO SANDOZ PHARMACUETICALS CORPORATION, SANDOZ CHEMICALS CORPORATION, CLARIANT CORPORATION, CIBA CORPORATION, SYNGENTA CROP PROTECTION, INC. AND NOVARTIS PHARMACUTICALS CORPORATION

Date: December 17, 2008

Mr. Robert E. Ackerman, Jr.
Vice President, Business and Administrative Services
Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ  07936

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Corporation Service Company
Title:  Registered Agent for Novartis Pharmaceuticals Corporation
Address: 2711 Centerville Road
       Wilmington, DE  19808

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT PARTROY ASSOCIATES, L.L.C. (D/B/A INTERVALE GARDENS AND VAIL GARDENS), PARTROY ASSOCIATES AND PARTROY ESTATES, INC.

Date: 10/27/08

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Scott J. Ely, Esq.

Title:  Attorney for Partroy Associates, LLC

Address: c/o Featherstonhaugh, Wiley & Clyne LLP
         99 Pine St.
         Albany, NY  12207

{WD020072.1}

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT PATHMARK
STORES, INC.

Date: _11- 3-08_

Christopher McGarry, Senior Vice President
2 Paragon Drive, Montvale, NJ 07645

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _BLUMBERG EXCELSIOR CORPORATE SERVICES_

Title:

Address: _691 STATE HIGHWAY 33, TRENTON, NJ 08619_

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey

Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al.,

Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill

Superfund Site:

> FOR DEFENDANT REICHHOLD, INC.,
> F/K/A REICHHOLD CHEMICALS, INC,
> INDIVIDUALLY AND AS ALLEGED
> SUCCESSOR TO COOKE COLOR AND
> CHEMICAL, INC., INCLUDING ITS
> PREDECESSOR IN TITLE AT THE
> FACILITY LOCATED AT 2006 ROUTE
> 57, MANSFIELD TOWNSHIP, WARREN
> COUNTY, NEW JERSEY, HATFIELD
> WIRE AND CABLE COMPANY

Date: _December 23, 2008_     By: _Marty M. Judge_

Marty M. Judge, Esq., Shareholder
Flaster/Greenberg P.C.
Attorneys for Reichhold, Inc.

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        Marty M. Judge, Esq., Shareholder, Flaster/Greenberg P.C.

Title:         Attorneys for Reichhold, Inc.

Address:     200 American Metro Blvd.
             Suite 126
             Trenton, NJ 08619
             Phone: 609-858-5938
             Fax: 609-858-5919
             marty.judge@flastergreenberg.com

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey

Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil

Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT REXAM
> INC., SUCCESSOR TO REXHAM PACKAGING
> (F/K/A REXHAM CORP.)

Date: **21 Oct 08**

*Frank C/Brown*

[Names and address of Defendant's signatories]

*Frank C Brown, Rexam Inc., 4201 Congress St., Ste 340, Charlotte NC 28289*

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:        William S. Hatfield, Esq.

Title:          Partner

Address:     Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962-1945

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

<div style="margin-left:40%">

FOR THIRD-PARTY DEFENDANT SEARS, ROEBUCK AND CO.

</div>

Date: 10/21/08

          Gillian D. Madsen
          Senior Counsel-Litigation

Agent Authorized to Accept Service on Behalf of Above-signed Party:

John P. Mitchell, Esq.
William L. Warren, Esq.
Drinker Biddle & Reath LLP
105 College Road East
Suite 300
Princeton, NJ  08542

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey

Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil

Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT SIEMENS
BUILDING TECHNOLOGIES (F/K/A
CERBERUS PYROTRONICS, INC.)

Noe G. Bermudez
Assistant Secretary

Date: 10-20-08

[Names and address of Defendant's signatories]
Noe G. Bermudez
1000 Deerfield Parkway, Buffalo Grove, IL 60089

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:       William S. Hatfield, Esq.

Title:       Partner

Address:    Day Pitney LLP
            P.O. Box 1945
            Morristown, NJ 07962-1945

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT CO-OPERATIVE INDUSTRIES, INC. AND SIMMONDS PRECISION ENGINE SYSTEMS, INC., SIMMONDS PRECISION PRODUCTS INCORPORATED, HERCULES INCORPORATED AND THE B.F. GOODRICH COMPANY, ALL AS SUCCESSORS IN INTEREST TO CO-OPERATIVE INDUSTRIES, INC.

Date: 10/16/08

[Names and address of Defendant's signatories]

*Thomas H. Strang*
*VP, SHE&A*

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:      Michael F. Rettig, Esq.

Title:      Deputy General Counsel

Address:   Hercules Incorporated
           1313 N. Market Street
           Hercules Plaza
           Wilmington, DE  19894-0001

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT

Date: _11/21/08_

GENE STULL, JR.
Vice President
For Stull Technologies, Inc.

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:      STEVEN J. STRAUB, ESQ.

Title:        Attorney for Stull Technologies, Inc.

Address:    NORRIE & ASSOCIATES
             500 International Drive North
             Suite 125
             Mount Olive, NJ 07828

ROSEMARIE BIANCO
Notary Public
State of New Jersey
My Commission Expires May 08, 2010

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT TETLEY USA, INC. (FORMERLY TETLEY, INC.) ON BEHALF OF ITSELF AND ITS FORMER SUBSIDIARY TENCO, INC.

Date: _____

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:          William S. Hatfield, Esq.

Title:          Partner

Address       Day Pitney, LLP
               P.O. Box 1945
               Morristown, NJ 07962-1945

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT THE BOC
GROUP INC., N/K/A LINDE INC.

Date: 12/3/08

_____
[Names and address of Defendant's signatories]
Vice President & General Counsel

Agent Authorized to Accept Service on Behalf of Above-signed Party:

John P. Mitchell, Esq.
William L. Warren, Esq.
Drinker Biddle & Reath LLP
105 College Road East
Suite 300
Princeton, NJ  08542

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT THE COCA-COLA COMPANY, ON BEHALF OF ITS FORMER DIVISION TENCO AND ON BEHALF OF COCA-COLA ENTERPRISES INC.

Date: 10/31/08

Bruce Karas, Director of Sustainability, Environment and Safety
The Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:       William S. Hatfield, Esq.

Title:      Partner

Address:    Day Pitney LLP
            P.O. Box 1945
            Morristown, NJ 07962-1945

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT THOMAS & BETTS (ELASTIMOLD, AMERACE CORP.)

Date: _10/22/08_

[Names and address of Defendant Signatories]

*Michael J. Geiger*
*Assistant General Counsel*
*Thomas + Betts Corp*

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _Michael J. Geiger, Esq._

Title: _Assistant General Counsel_

Address: _Thomas + Betts Corp_
_8155 T+B Blvd_
_Memphis, TN 38125_

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
TRANSISTOR DEVICES, INC.

Date: 28 OCT 2008

_____
[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: JAMES M. FEELY

Title: PRESIDENT + CEO

Address: TRANSISTOR DEVICES, INC.
36 NEWBURGH ROAD
HACKETTSTOWN, N J 07840

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT TURNER
CONSTRUCTION COMPANY

Robert Yeadan
Turner Construction
50 Tice Blvd, Woodcliff Lake, NJ 07677

Date: 11/19/08

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: The Corporation Trust Company

Title:

Address: 800 Bear Tavern Road
West Trenton, NJ 08628

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT UNETTE CORPORATION; UNETTE LEASING, INC. AND UNETTE TECHNOLOGY, INC.

Date: _10/23/08_        _____ _CEO_

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        Joseph R. Hark

Title:        Chief Executive Officer

Address:       Unette Corporation
                 88 North Main Street
                 Wharton, NJ 07885

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT CONOPCO, INC., F/D/B/A THE THOMAS J. LIPTON COMPANY

Date: 10/27/08

[Names and address of Defendant's signatories]

**Andrew Shakalis**
**Associate General Counsel-**
**Environmental & Safety**
**as in-house counsel, acting**
**on behalf of Conopco, Inc.**
(F/D/B/A The Thomas J. Lipton Company)

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Andrew Shakalis

Title: Associate general Counsel Environmental & Safety

Address: 700 Sylvan Avenue Englewood Cliffs, NJ 07632

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT UNION
CARBIDE CORPORATION (F/K/A UNION
CARBIDE AND CARBON CORPORATION,
F/K/A UNION CARBIDE CHEMICALS &
PLASTICS COMPANY, INC.)

Date: _October 21, 2008_

Michael Kay
attorney for Union Carbide Corporation
2030 Dow Center
Midland, MI 48674

Agent Authorized to Accept Service on Behalf of Above-signed Party:

John P. Mitchell, Esq.
William L. Warren, Esq.
Drinker Biddle & Reath LLP
105 College Road East
Suite 300
Princeton, NJ  08542

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> FOR THIRD-PARTY DEFENDANT VERIZON NEW JERSEY INC. (F/K/A BELL ATLANTIC – NEW JERSEY INC., F/K/A NEW JERSEY BELL TELEPHONE COMPANY, F/K/A THE DELAWARE AND ATLANTIC TELEGRAPH AND TELEPHONE CO.)

Date: _1-10-2008_

Veronica C. Glennon

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  John F. Gullace c/o Manko, Gold, Katcher & Fox, LLP

Title:   Attorney for Verizon New Jersey Inc.

Address   401 City Avenue, Suite 500, Bala Cynwyd, PA  19004

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR CBS CORPORATION

Date: _11/4/08_        _____

Eric J. Sobczak

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric J. Sobczak

Title:  Assistant Secretary

Address:   CBS CORPORATION
              11 Stanwix Street, Room 338
              Pittsburgh, PA  15222

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT
VILLAGE SUPER MARKETS, INC.

Date: 12/5/08

John J. Sumas, Esq.
733 Mountain Avenue
Springfield, New Jersey 07081

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:    John J. Sumas

Title:    General Counsel

Address:   733 Mountain Avenue, Springfield, New Jersey 07081



ICO Polymers North America, Inc.
1811 Bering Drive
Houston, Texas 77057
713-351-4100

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT WEDCO, INC., NOW KNOWN AS ICO POLYMERS NORTH AMERICA, INC.

Date: October 15, 2008

Charlotte Fischer Ewart
1811 Bering Drive, Suite 200
Houston, Texas 77057

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:    Charlotte Fischer Ewart

Title:      General Counsel & Secretary

Address: 1811 Bering Drive, Suite 200
             Houston, Texas 77057

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT
MORRIS COUNTY SANITATION SERVICE, INC.

Date: December 5 , 2008

By: Marc J. Friedman, Esq.

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Marc J. Friedman

Title:  Attorney at Law

Address: 88 South Finley Ave.
         Basking Ridge, NJ 07920

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT
TRI-COUNTY DISPOSAL SERVICE, INC.

Date: December 15 , 2008

By: Marc J. Friedman, Esq.

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Marc J. Friedman

Title:  Attorney at Law

Address: 88 South Finley Ave.
         Basking Ridge, NJ 07920

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT
STATEWIDE ENVIRONMENTAL
CONTRACTORS, INC.

Date: _12-15-08_

_____
[Names and address of Defendant's signatories]
David A. Barclay, Sr. VP & Gen. Counsel
Republic Services, Inc.
110 So. East 6th St., 28th Floor
Fort Lauderdale, FL 33301

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        Vincent J. Dotoli, Esq.

Title:       Attorney for Statewide Environmental Contractors, Inc.

Address:     P.O. Box 495
             Interstate 287 & McKinley Street
             South Plainfield, NJ 07080-0495

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-

4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT
Thomas Rajioppi & Son

Date: _12-17-08_

Eileen Vroman, Executrix of the Estate of Thomas Rajioppi
77 Whisper Way East
Ledgewood, NJ 07852

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  David M. Katzenstein, Esq.

Title:    Attorney for Thomas Rajioppi & Son

Address:  23 Vreeland Road, Suite 220
Florham Park, NJ 07932

**DRAFT**  Changes from December 5, 2008 TC

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-

4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT [ *handwritten: THIRD PARTY DEFENDANT / C EGAN KOONS / TRANSPORTER (FT C EGAN Y COMPENY)* ]

Date: *handwritten: 12/13/08*

[Names and address of Defendant's signatories]

*handwritten: GRANVILLE D. MAGEE ATTY AT LAW STATE OF NEW JERSEY FOR C EGAN ET ALS*

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:

**Granville D. Magee**

Title:

**Attorney At Law**

**State of NJ**

Address:

**MAGEE AND MAGEE, LLP**
**COUNSELLORS-AT-LAW**
**1937 ROUTE 35 AT ALLAIRE ROAD**
**P.O. BOX 1200**
**WALL TOWNSHIP, NEW JERSEY 07719**

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT
**Tom Luciano's Disposal Service, Inc.**

Date: December *11*, 2008

Jo Lynn White, Secretary
18500 North Allied Way
Phoenix, Arizona 85054

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:    A. Timothy Webster, Esq.

Title:    Attorney

Address:    Webster Szanyi LLP
1400 Liberty Building
Buffalo, New York 14202

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANTS
**Browning-Ferris Industries, LLC, and**
**BFI Waste Systems of New Jersey, Inc.**

Date: December _11_ , 2008

Jo Lynn White, Secretary
18500 North Allied Way
Phoenix, Arizona 85054

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        Jeffrey N. Martin, Esq.

Title:        Attorney

Address:     Hunton & Williams
             1900 K Street NW
             Washington D.C. 20006

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT
**Louis Pinto & Sons, Inc.**

Date: December _11_, 2008

Jo Lynn White, Secretary
18500 North Allied Way
Phoenix, Arizona 85054

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:       A. Timothy Webster, Esq.

Title:        Attorney

Address:    Webster Szanyi LLP
            1400 Liberty Building
            Buffalo, New York 14202

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANTS, BILL PRYER PRIVATE DISPOSAL

Date: 12-12-08

Dawn Dezii, Esquire
MARGOLIS EDELSTEIN
Counsel for Bill Pryer Private Disposal
216 Haddon Avenue – 2nd Floor
Westmont, New Jersey 08108

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:    Louise Pryer

Title:    BILL PRYER PRIVATE DISPOSAL

Address:    56 Brook Lake Road
           Florham Park, New Jersey 07932

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, In., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4871 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANTS,

**Inter County Refuse Service, Inc.**, its successors, predecessors, affiliates, subsidiaries, insurers, parent companies, sister companies and/or holding companies, including each of its respective assigns, and its officers, servants, employees, directors, shareholders, employees, agents and/or legal representatives, whether former or current;

**Raritan Valley Disposal Service, Co., Inc.**, its successors, predecessors, affiliates, subsidiaries, insurers, parent companies, sister companies and/or holding companies, including each of its respective assigns, and its officers, servants, employees, directors, shareholders, employees, agents and/or legal representatives, whether former or current; and

**Martin Mansch & Sons, Inc.**, its successors, predecessors, affiliates, subsidiaries, insurers, parent companies, sister companies and/or holding companies, including each of its respective assigns, and its officers, servants, employees, directors, shareholders, employees, agents and/or legal representatives, whether former or current

Date: 11/28/08

BRIAN J. LEVINE, ESQ.
Brenner & Levine, P.A.
75 North Bridge Street
Somerville, New Jersey 08876
Attorneys for the above named defendants

Agent Authorized to Accept Service on Behalf of Above signed Party:

Name:        Vincent Dotoli, Esq.

Title:         Attorney, for Raritan Valley Disposal Service, Co., Inc.

Address:     Interstate 287 and McKinley Street
             P.O. Box 495
             South Plainfield, New Jersey 07080-0495

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANTS, _Bay Wooton of American_
_Paper Disposal_

[Names and address of Defendant's signatories]

_Marc B. Kramer_
_170 JFK PKWY STE 100_
_SHORT HILLS NJ 07078_

Date: 4/7/08

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _Marc Kramer_

Title: _Attorney_

Address: _170 JFK Parkway_
_Suite 100_
_Short Hills NJ 07078_

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey

Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al.,

Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill

Superfund Site:

FOR DEFENDANT
Frank Fenimore, Inc.

Date: _12/30/08_

_____
David Katzenstein, Esq.

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:    David Katzenstein

Title:    Attorney At Law

Address:  McGivney & Kluger, P.C.
          23 Vreeland Road
          Suite 220
          Florham Park, NJ 07932

**DRAFT**  Changes from December 5, 2008 TC

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT *Specialty Dispersion Co., Inc.*

Date: _12-26-08_

_Dirk Beed_ as President for Specialty Dispersion Co,
[Names and address of Defendant's  signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: *Diana Buongiorno, Esq.*

Title: *Associate*

Address: *Wolff + Samson, P.C.*
*Counsellors at Law*
*The Offices at Crystal Lake*
*One Boland Drive*
*West Orange, NJ 07052*

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANTS,
S&H Trucking Corp, Inc.

Date: 12|18|08

S&H Trucking Corp., Inc.
By :Charles P. Hunkele, Jr.
2 Baker Road
Chester, New Jersey 07930

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Charles P. Hunkele, Jr.

Title::Authorized signatory
Address:      2 Baker Road
Chester, New Jersey 07930

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey

Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al.,

Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill

Superfund Site:

FOR DEFENDANT James P. Horan, Inc.

Date: 12/16/08

David H. Altman, Esq.

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:       David H. Altman, Esq.
Title:        Attorney
Address:    Jeffer, Hopkinson & Vogel
             1600 Route 208 North
             Hawthorne, New Jersey 07506

DEC-16-2008 TUE 05:27 PM                                                              P. 002

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-

4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT [          ]

Date: _12/16/08_

James Smith. President
Sanico, Inc.
P.O. Box 176
Delaware, NJ 07833

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        John T. Ambrosio. Esq.

Title:       corporate Counsel

Address:     317 Belleville Avenue
             Bloomfield. NJ 07003

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT  Beckman Coulter Inc.

Date:  December 29, 2008

Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
erothenberg@omm.com

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT   Cooperative Disposal Co., Inc.

Date:  December 29, 2008

Eric B. Rothenberg, Esq. /Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
erothenberg@omm.com

NY1:1765802.1

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT   DaimlerChrysler (Chrysler
Plastics)

Date: December 29, 2008

Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
erothenberg@omm.com

NY1:1765802.1

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT  Flair Cleaners of Morristown, Inc., and any and all officers, directors and owners

Date:  December 29, 2008                   Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
               Times Square Tower
               7 Times Square
               New York, NY  10036
               erothenberg@omm.com

NY1:1765802.1

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT  Great Northern Trucking

Date:  December 29, 2008                    Eric B. Rothenberg, Esq., Attorney in Fact


Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
          Times Square Tower
          7 Times Square
          New York, NY  10036
          erothenberg@omm.com

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT  Greenview Gardens

Date:  December 29, 2008          Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
          Times Square Tower
          7 Times Square
          New York, NY  10036
          erothenberg@omm.com

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT  Mendham Ford

Date:  December 29, 2008

Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
erothenberg@omm.com

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.
Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department
of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.
98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT Mepco Electra, Inc.

Date:  December 29, 2008

Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
erothenberg@omm.com

NY1:1765802.1

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-

4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT
METROPOLITAN DISPOSAL and its successor
METROPOLITAN DISPOSAL SERVICE, INC.

Date: December 15 , 2008

By: Marc J. Friedman, Esq.


Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Marc J. Friedman

Title:   Attorney at Law

Address: 88 South Finley Ave.
         Basking Ridge, NJ 07920

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT  Nuclear Research Corp.

Date:  December 29, 2008

Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
erothenberg@omm.com

NY1:1765802.1

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT  R.P. Cargille Laboratories

Date:  December 29, 2008

Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
erothenberg@omm.com

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT  Sisters of St. John the Baptist
(a/k/a Mt. St. John Academy)

_Eric B. Rothenberg, Attorney in fact_

Date:  December 29, 2008

Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
erothenberg@omm.com

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT  SmithKline Beecham
Corporation (improperly named as
GlaxoSmithKline) (for itself and on behalf of
Beecham Products Inc.)

_Eric B. Rothenberg, Esq., Attorney in Fact_

Date:  December 29, 2008

Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
erothenberg@omm.com

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT   Smurfit-Stone Cont. Corp. a/k/a QPM

Date:  December 29, 2008

Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
erothenberg@omm.com

NY1:1765802.1

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT  William Blanchard Company

Date: December 29, 2008                 Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
          Times Square Tower
          7 Times Square
          New York, NY  10036
          erothenberg@omm.com

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT Xerox Corp.

Date:  December 29, 2008                    Eric B. Rothenberg, Esq., Attorney in Fact

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  Eric B. Rothenberg, Esq.

Title:  Attorney in Fact

Address:  O'Melveny & Myers, LLP
                Times Square Tower
                7 Times Square
                New York, NY  10036
                erothenberg@omm.com

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey

Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al.,

Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill

Superfund Site:

> FOR DEFENDANT OCCIDENTAL
> PETROLEUM CORPORATION,
> on behalf of the Occidental Petroleum
> Corporation Settling Defendants listed in
> Appendix A-10 of this Partial Consent
> Decree

Date: 1/6/2009                    *Lnde S. Pehrn* Assistant Secretary
                                  [Names   and   address   of   Defendant's
                                        signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:

         General Counsel
Title:

Address:    Occidental Petroleum Corporation
            10889 Wilshire Blvd.
            Los Angeles, CA 90024


With Copy To:
            Larry Silver
            Langsam Stevens & Silver LLP
            1616 Walnut St.
            Suite 1700
            Philadelphia, PA 19103-5319

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> Waste Management Holdings, Inc., on behalf of Waste Management Holdings, Inc. and third-party defendant Eastern Environmental Services, Inc.

Date: 12/10/2008

Stephen T. Joyce
Director, Closed Site Management Group
Waste Management, Inc.
Notheast Atlantic
4 Liberty Lane
Hampton NH 03842

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        General Counsel
Address:     Waste Management, Inc.
             1001 Fannin Street
             Suite 4000
             Houston, TX  77002

With a copy to:

Name:        Pamela S. Goodwin, Esq.
Address:     Saul Ewing LLP
             750 College Road East, Suite 100
             Princeton, NJ 08540-6617

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.
Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department
of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.
98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> CWM Chemical Services, L.L.C., on behalf of
> Defendant CWM Chemical Services, L.L.C., and
> R&R Sanitation Services, Inc. and/or Carl Gulick,
> Inc.

Date: _12/10/2008_

> _____
> Stephen T. Joyce
> Director, Closed Site Management Group
> Waste Management, Inc.
> Notheast Atlantic
> 4 Liberty Lane
> Hampton NH 03842

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:       General Counsel
Address:    Waste Management, Inc.
            1001 Fannin Street
            Suite 4000
            Houston, TX  77002

With a copy to:

Name:       Pamela S. Goodwin, Esq.
Address:    Saul Ewing LLP
            750 College Road East, Suite 100
            Princeton, NJ 08540-6617

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

> Waste Management of New Jersey, Inc., on behalf of Defendant Waste Management of New Jersey, Inc., Third-Party Defendant Hamm's Sanitation, Inc., Third-Party Defendant Waste Disposal, Inc., and Third-Party Defendant West Essex Disposal, Inc.

Date: _12/10/2008_

Stephen T. Joyce
Director, Closed Site Management Group
Waste Management, Inc.
Notheast Atlantic
4 Liberty Lane
Hampton NH 03842

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        General Counsel
Address:     Waste Management, Inc.
             1001 Fannin Street
             Suite 4000
             Houston, TX  77002

With a copy to:

Name:        Pamela S. Goodwin, Esq.
Address:     Saul Ewing LLP
             750 College Road East, Suite 100
             Princeton, NJ 08540-6617

**DRAFT** 10/16/2008 October 10th and 13th session edits

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-

4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT [ Township ] of Kingwood

Date: 11/3/08

_Margaret C Augustine_

[Names and address of Defendant's signatories]


Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:    Mary E. MacConnell, RMC

Title:    Township Clerk

Address:   PO Box 199, Baptistown, NJ  08803-0199

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT [            ]

Date: _12 . 8.08_

_____

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:   **Marvin Joss, Administrator**

Title:

Address:   **Township of Clinton**
**1225 Route 31 South**
**Lebanon, NJ 08833**

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT [                    ]

Date: 12 december C8

_John Graefe_

[Names   and   Address   of   Defendant's
signatories]

bethlehem township
405 mine road
asbury, nj   08802

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:

Title:

Address:

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

Date: _12/12/08_                                  FOR DEFENDANT

                                                 Walter Burnett, Mayor
                                                 Borough of Califon
                                                 39 Academy Street
                                                 P.O. Box 368
                                                 Califon, NJ 07830


Agent Authorized to Accept Service on Behalf of Above-signed Party:


Name:        J. Peter Jost, Esq.

Title:       Califon Borough Attorney

Address:     65 West Main Street
             P.O. Box 5389
             Clinton, NJ 08809


Name:        Steven A. Kunzman, Esq.

Title:       Special Counsel

Address:     15 Mountain Boulevard
             Warren, NJ 07059-5686


Name:        Laura Eidsvaag

Title:       Califon Borough Clerk

Address:     39 Academy Street
             P.O. Box 368
             Califon, NJ 07830

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT [ Delaware ] Township

Date: _____12/8/08_____

ATTEST: _____
Judith A. Allen, RMC
Township Clerk

*Susan D. Lockwood*

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        Susan D. Lockwood

Title:        Mayor

Address:        c/o Judith A. ALlen, RMC
Delaware Township
P.O. Box 500
Sergeantsville, NJ  08557

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT **[TOWN OF HACKETTSTOWN]**

Date: **12/09/2008**

_____

**THOMAS K. THORP**
**Attorney for the Town of Hackettstown**

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:   **THOMAS K. THORP, ESQ.**

Title:   **Attorney at Law of the State of New Jersey and Attorney for the Town of Hackettstown**

Address:   **204 Washington Street**
**P.O. Box 545**
**Hackettstown, New Jersey   07840**

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey

Department of Environmental Protection, et al. vs. American Thermoplastics Corp., et al,

Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill

Superfund Site:


For Defendant Township of Parsippany-Troy Hills


Date: _12/15/08_

*Attested to by:*

*Judith I. Silver, Municipal Clerk*

Michael M. Luther, Mayor

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:       Judy I. Silver

Title:        Township Clerk

Address:    1001 Parsippany Boulevard
             Parsippany, New Jersey 07054


934325-1

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey

Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil

Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT

Borough of Lebanon

Date: December 17, 2008

By: _____
      Mark Paradis, Mayor

Address:  6 High Street
          Lebanon, New Jersey   08833

By: _____
      Michael Reino, Council President

By: _____
      Karen M. Romano, Acting Clerk

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT

Borough of Rockaway
*(type name of third-party defendant above)*

Date: 11/14/08

By: *Kathyann M. Snyder*

*Print Name:* Kathyann M. Snyder, Mayor

*Print Address:* 1 East Main St.
Rockaway, NJ 07866

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:      Edward Wacks, Esq.

Title:       Borough Attorney

Address:   Wacks & Hartmann, LLC
55 Madison Avenue
Suite 320-A
Morristown, NJ 07960

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

Date: _12/16/08_

FOR DEFENDANT

_____

Stanley S. Kovach, Mayor
Borough of Glen Gardner
83 Main Street
P.O. Box 307
Glen Gardner, NJ 08826

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:      J. Peter Jost, Esq.

Title:     Glen Gardner Borough Attorney

Address:   65 West Main Street
           P.O. Box 5389
           Clinton, NJ 08809

Name:      Michael T. Caulfield, Esq.

Title:     Special Counsel

Address:   Sweet Pasquarelli, P.C.
           17A Joyce Kilmer Avenue North
           P.O. Box 674
           New Brunswick, NJ 08903

Name:      Marilyn Hodgson

Title:     Glen Gardner Borough Clerk

Address:   83 Main Street
           P.O. Box 307
           Glen Gardner, NJ 08826

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT

_____
Bridgewater Township

Date: _11/17/08_

By: _Patricia Flannery_

*Print Name:*   Patricia Flannery, Mayor

*Print Address:* 700 Garretson Road

Bridgewater, NJ 08807

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Linda Doyle

Title:   Township Clerk

Address:  Bridgewater Township
            700 Garretson Road
            Bridgewater, NJ 08807

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT

_____
Raritan Valley Community College
(Part of Joint Municipal Defense Group)

Date: _12-16-08_

By: _____

Print Name: _JOHN TROJAN_

Print Address: _PO Box 3300_

_Somerville NJ 08876_

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:

Title:

Address:

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT TOWN OF MORRISTOWN

Date: _5/9/08_

Donald Cresitello, Mayor of the Town of Morristown

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:  Matthew Stechauner

Title:   Clerk of the Town of Morristown

Address:      200 South Street
              CN 914
              Morristown, NJ 07963-0914

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

Date: _12/10/08_                                    FOR DEFENDANT

_Frank T. Mazza_
Frank T. Mazza, Mayor
Township of Union
140 Perryville Road, Hampton, NJ 08827


Agent Authorized to Accept Service on Behalf of Above-signed Party:


Name:          J. Peter Jost, Esq.

Title:          Union Township Attorney

Address:       65 West Main Street
               P.O. Box 5389
               Clinton, NJ 08809


Name:          Steven A. Kunzman, Esq.

Title:          Special Counsel

Address:       15 Mountain Boulevard
               Warren, NJ 07059-5686

Name:          Ella Malecki Ruta

Title:          Union Township Clerk

Address:       140 Perryville Road
               Hampton, NJ 08827

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No. 98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

**FOR DEFENDANT: Borough of Peapack and Gladstone**

Date: _12/15/08_

**WILLIAM H. HORTON, MAYOR**
1 School Street, Peapack, NJ 07977

**Agent Authorized to Accept Service on Behalf of Above-signed Party:**

**Name:**       **Margaret J. Gould**

**Title:**       **Clerk/Administrator/QPA**

**Address:**    **1 School Street, P.O. Box 218, Peapack, NJ 07977**

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT

READINGTON TOWNSHIP
*(type name of third-party defendant above)*

Date: 11/17/08

By: _Thomas S. Auriemma_

*Print Name:* Thomas S. Auriemma

*Print Address:* 509 Route 523

Whitehouse Station, N.J. 08889


Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Robert A. Ballard, Jr., Esq.

Title: Special Counsel, Readington Twp.

Address: Ballard & Dragan, Esqs.
260 Rt. 202/31, Liberty Ct., Suite 1200
Flemington, N.J. 08822

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT

VICTORY GARDENS
MORRIS COUNTY, NEW JERSEY
*(type name of third-party defendant above)*

Date: November 25, 2008

By: *[signature]*

*Print Name:* BETTY SIMMONS

*Print Address:* 337 South Salem Street
Victory Gardens, Dover, NJ   07801

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:     Deborah Evans

Title:     Borough Clerk/Administrator

Address:   337 South Salem Street
Victory Gardens, Dover, NJ   07801

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.
Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department
of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.
98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT

Borough of Far Hills
*(type name of third-party defendant above)*

Date: *12-10-08*

By: _____

*Print Name:* Carl J. Torsilieri

*Print Address:* P.O. Box 249

Far Hills, NJ 07931

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Robin Collins

Title: Borough Clerk

Address: Borough of Far Hills
P.O. Box 249
Far Hills, NJ 07931

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT

Harding Township
*(type name of third-party defendant above)*

Date: 12/3/08

By: _____

*Print Name:* Louis J. Lanzerotti

*Print Address:* 21 Blue Mill Road

New Vernon, NJ  07976

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:

Title:

Address:

**DRAFT** Changes from December 5, 2008 TC

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman

Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of

Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-

4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT [            ]
*UNION COUNTY PARKS COMMISSION*

Date: *12/17/08*

[Names and address of Defendant's signatories]
*NORMAN W. ALBERT, ESQ*
*FIRST DEPUTY COUNTY COUNSEL*

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: *NORMAN W. ALBERT*

Title: *FIRST DEPUTY COUNTY COUNSEL*

Address: *10 ELIZABETHTOWN PLAZA*
*ELIZABETH, NJ. 07207*

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT [ *Mendham Township Board of Education* ]

Date: *12/9/2008*

X _____
[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: *Pamela Ranco*

Title: *School Business Admin.*

Address: *PO Box 510*
*Brookside, NJ 07926*

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR DEFENDANT
Morris County Housing Authority

Date: 12/16/08

[Names and address of Defendant's signatories]

Roberta L Strater
99 Ketch Rd
Morristown, NI 07960

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:

Title:

Address:

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v. Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No. 98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT

Borough of High Bridge
*(type name of third-party defendant above)*

Date: December 11, 2008

By: _Mark Desire_

*Print Name:* Mark Desire

*Print Address:* Municipal Square, 71 Main Street

High Bridge, NJ   08829

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:   Barry Goodman

Title:   Attorney for Borough of High Bridge

Address:   Greenbaum, Rowe, Smith & Davis LLP
99 Wood Avenue South
Iselin, NJ   08830

THE UNDERSIGNED PARTIES enter into this Decree in the matter of United States v.

Beckman Coulter, Inc., et al., Civil Action No.98-CV-4812 (WHW) and New Jersey Department

of Environmental Protection, et al. v. American Thermoplastics Corp., et al., Civil Action No.

98-CV-4781 (WHW) relating to the Combe Fill South Landfill Superfund Site:

FOR THIRD-PARTY DEFENDANT

Borough of Flemington
*(type name of third-party defendant above)*

Date:  12/09/2008                    By: _Cat B Hauck_

*Print Name:*  Robert B. Hauck

*Print Address:*  38 Park Avenue

Flemington, New Jersey 08822

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Barry Goodman

Title: Attorney for Flemington Borough

Address:  Greenbaum Rowe Smith & Davis LLP
99 Wood Avenue. South
Iselin, New Jersey 08830