**LANGSAM STEVENS & SILVER LLP**
1616 Walnut Street—Suite 1700
Philadelphia, Pennsylvania 19103-5319
(215) 732-3255
Attorneys for Defendant
Occidental Petroleum Corporation

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Civil Action No. 98-CV-4812 (WHW)** |
| Plaintiff, | |
| v. | |
| BECKMAN COULTER, INC. et al. | |
| Defendant, | |
| | |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., | **Civil Action No. 98-CV-4781(WHW)** |
| Plaintiffs, | **Consolidated Actions** |
| v. | |
| AMERICAN THERMOPLASTICS CORP. et al., | |
| Defendants | |

### WITHDRAWAL OF APPEARANCE

To the Clerk:

Please withdraw my appearance on behalf of Defendant Occidental Petroleum Corporation.

Date: 2/24/10

Stephen E. Fitzgerald

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Local Civil Rule 5.2(15)(b)(1), that on February ___, 2010, I caused a true and correct copy of the foregoing Motion for Withdrawal of Appearance of Stephen Fitzgerald, Esq. to be served electronically on all counsel of record via ECF and that it is available for viewing and downloading from the ECF System.

Date: February 24, 2010

_____
Stephen E. Fitzgerald (SF4630)