UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>      v.<br><br>BECKMAN COULTER, INC., *et al.*,<br><br>         Defendants.<br><br>NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, *et al.*,<br><br>         Plaintiff,<br><br>      v.<br><br>AMERICAN THERMOPLASTICS CORP., *et al.*,<br><br>         Defendants. | **ORDER**<br><br>Civil Action No.<br>98-CV-4781 (WHW) |

**Walls, Senior District Judge**

   This matter having come before the Court upon the uncontested Motion of Third-Party Defendant, Novartis Corporation, for an Order permitting the substitution of an updated signature page in the Partial Consent Decree entered by this Court under Civil Action Nos.: 98-CV-4812 (WHW) and 98-CV-4781 (WHW) on behalf of the Novartis Corporation; and the Court having considered the submissions of the parties; and for good cause shown;

   IT IS, on this 1st day of March, 2010,

ORDERED that Third-Party Defendant's uncontested Motion to Substitute Signature Page hereby is GRANTED and the proposed signature page shall be substituted for the Novartis Corporation signature page currently found in the Partial Consent Decree entered by this Court under Civil Action Nos.: 98-CV-4812 (WHW) and 98-CV-4781 (WHW), Document No. 1126.

/s William H. Walls
United States Senior District Judge

cc: All counsel of record (by CM/ECF)