**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
By:   Jeffrey M. Pollock, Esq.
      Joel M. Ferdinand, Esq.
      Joseph Schramm, III, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
(609) 896-3600
*Attorneys for Defendants/Third-Party Plaintiffs Compaction Systems Corporation (a New Jersey Corporation) and Compaction Systems Corporation of Connecticut, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. |
| Plaintiff, | 98-CV-4812 (WHW) |
| v. | |
| BECKMAN COULTER, INC., *et al.*, | |
| Defendants. | |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, *et al.*, | Civil Action No. 98-CV-4781 (WHW) |
| Plaintiffs, | |
| v. | |
| AMERICAN THERMOPLASTICS CORP., *et al.*, | **Filed Electronically** |
| Defendants. | **Return Date: June 20, 2011** |

## ORDER DENYING MOTION TO VACATE DEFAULT

THIS MATTER, having been brought before the Court upon the application

of Carter Day Industries, Inc., Combustion Equipment Associates, Inc., and Combe

Fill Corporation (collectively, CDP), for the issuance of an Order vacating the entry of default and granting leave to answer or otherwise respond to the Amended Third-Party Complaint; and the Court, having considered the papers submitted in support hereof and the opposition thereto; for the reasons set forth on the record; and for other good cause shown;

 IT IS on this _____ day of June, 2011:

 ORDERED, that the application of CDP be and the same is hereby DENIED.

_____
WILLIAM H. WALLS, U.S.S.D.J.