# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MARK FALK**<br>**UNITED STATES MAGISTRATE JUDGE** | **USPO & COURTHOUSE**<br>**1 FEDERAL SQ., ROOM 457**<br>**NEWARK, NJ 07101**<br>**(973) 645-3110** |

July 11, 2011

### LETTER ORDER

TO:   ALL COUNSEL OF RECORD

    Re:   <u>NJDEP, et al. v. American Thermoplastics Corp., et al.</u>
           <u>Civil Action No. 98-4781 (WHW)</u>

Dear Counsel:

    Please be advised that I am recused from this case. Magistrate Judge Michael A. Shipp will be handling all Magistrate Judge responsibilities for this case.

    **SO ORDERED.**

                                                /s/   Mark Falk
                                        **MARK FALK**
                                        **United States Magistrate Judge**