GREENBERG DAUBER EPSTEIN & TUCKER, P.C.
MICHAEL H. FREEMAN
One Gateway Center-Suite 600
Newark, New Jersey 07102-5311
(973) 643-3700
Attorneys For Third Party Defendants
Kenvil Power Mower, Inc. and
R& R Construction, Inc.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| N.J. DEPARTMENT, et. al. | 98 Civ. 04781 (WHW)(CLW) |
| Plaintiff, | |
| v. | **REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATION** |
| AMERICAN THERMOPLAST, et. al | |
| Defendants. | |

Request is hereby made by Greenberg Dauber Epstein & Tucker, P.C., by Michael H. Freeman, Esq., counsel for Third Party Defendants Kenvil Power Mower, Inc. and R& R Construction, Inc., to withdraw from electronic notification in the within case, and it is represented that:

1.    The matter has been settled with the Third Party Defendants Kenvil Power Mower, Inc. and R& R Construction, Inc.

Dated: January 8, 2013

GREENBERG DAUBER EPSTEIN & TUCKER, P.C.

By: _____
Michael H. Freeman, Esq.

One Gateway Center, Suite 600
Newark, New Jersey 07102
(973) 643-3700
mfreeman@greenbergdauber.com
litigationgroup@greenbergdauber.com