GREENBERG DAUBER EPSTEIN & TUCKER, P.C.
MELVIN GREENBERG
One Gateway Center-Suite 600
Newark, New Jersey 07102-5311
(973) 643-3700
Attorneys For Third Party Defendants
Kenvil Power Mower, Inc. and
R& R Construction, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.J. DEPARTMENT, et. al. <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN THERMOPLAST, et. al <br><br> Defendants. | 98 Civ. 04781 (WHW)(CLW) <br><br> **REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATION** |

Request is hereby made by Greenberg Dauber Epstein & Tucker, P.C., by Melvin Greenberg, Esq., counsel for Third Party Defendants Kenvil Power Mower, Inc. and R& R Construction, Inc., to withdraw from electronic notification in the within case, and it is represented that:

1. The matter has been been settled with the Third Party Defendants Kenvil Power Mower, Inc. and R& R Construction, Inc.

Dated: January 8, 2013

GREENBERG DAUBER EPSTEIN & TUCKER, P.C.

By: s/Melvin Greenberg
Melvin Greenberg, Esq.

One Gateway Center, Suite 600
Newark, New Jersey 07102
(973) 643-3700
mgreenberg@greenbergdauber.com
litigationgroup@greenbergdauber.com