

**Debra S. Rosen**
*Also Member of Pennsylvania Bar*
drosen@archerlaw.com
856-354-3084 Direct
856-673-7084 Direct Fax

Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

February 13, 2024

**VIA CM/ECF**
Honorable Andre M. Espinosa, U.S.M.J.
United States District Court
District of New Jersey
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: **NJDEP, et al. v. American Thermoplastics Corp., et al.**
      **Docket No.: 2:98-cv-04781-MCA-AME**

Dear Magistrate Judge Espinosa:

  Pursuant to Your Honor's Text Order dated January 31, 2024, *see* Dkt. 1463, please accept this joint letter on behalf of Third-Party Plaintiffs, Compaction Systems Corporation (A New Jersey Corporation) and Compaction Systems of Connecticut, Inc. (collectively, "Compaction") and Third-Party Defendants Combustion Equipment Associates, Inc. and Carter Day Industries, Inc. (collectively "CEA/CDI"), relating to the status of the mediation before the Hon. Marianne Espinosa.

  As the parties previously reported, representatives of the parties, and of certain insurance carriers for CEA/CDI, met with Judge Espinosa on September 12, 2023, for a full day. Subsequently, counsel for each of the parties and insurance carriers have engaged in ongoing telephone communications with Judge Espinosa in an effort to resolve the matter. The parties and the CEA/CDI insurance carrier representatives are currently working to schedule another in-person mediation session with Judge Espinosa for March 4 or 6, 2024.

  If Your Honor has any additional questions, please do not hesitate to contact me. Thank you for your consideration of this matter.

               Respectfully submitted,

               /s/ *Debra S. Rosen*

               DEBRA S. ROSEN

DSR/cjd
cc: Jeffrey M. Pollock, Esq. (via CM/ECF and email)
   Robert J. Rohrberger, Esq. (via CM/ECF email)
   Non-party insurance carriers (via email only)