

**STEINVURZEL & LEVY LAW GROUP**

34 SOUTH BROADWAY, SUITE 210
WHITE PLAINS, NEW YORK 10601
(914) 288-0102
WWW.STEINLEVY.COM

June 25, 2026

**VIA CM/ECF**
The Honorable Julien X. Neals, U.S.D.J.
Martin Luther King Jr. Federal Building United States Courthouse
50 Walnut Street
Courtroom: MLK 5D
Newark, NJ 07102

      Re:  *New Jersey Department of Environmental Protection et al, v. American Thermoplast, et al* Case No.: 2:98-cv-04781-JXN-AME

Dear Judge Neals:

I am a principal of Steinvurzel & Levy Law Group. I respectfully write to request that my name be removed as counsel of record in the above-referenced matter.

I previously appeared on behalf of Third-Party Defendant Toyota of Morristown while employed by Porzio, Bromberg & Newman. I have not been affiliated with that firm for approximately twenty-two (22) years (since 2004) and have had no involvement in this matter since my departure.

Despite my long-standing separation from the firm and the case, I continue to receive electronic notifications relating to this action. As I no longer represent Toyota of Morristown and have not done so for more than two decades, I respectfully request that the Court direct the Clerk's Office to remove me from the docket and electronic notification list for this matter.

I appreciate the Court's attention to this request. Should the Court require any additional information, I will promptly provide same.

      Respectfully submitted,

      Ronald E. Steinvurzel, Esq.

Cc: All Counsel by CM/ECF