# POLLOCK LAW, LLC
400 Riverview Plaza, Suite 425
Trenton, New Jersey 08611
609-308-7300



JEFFREY M. POLLOCK, Esq
Certified by the Supreme Court of New Jersey
    as a Civil Trial Attorney
Direct:  (908) 334-3242
Email Address:  Jeff@PollockLaw.Net

**ORDER** that the adjournment request herein is GRANTED. The Court will host a status conference on September 9, 2026, at 10:30 a.m. Counsel shall join that call by dialing 973-437-5535, and entering passcode 360 419 392#.

July 27, 2026

SO ORDERED
on this 12th  day of August 2026

Andrè M. Espinosa, USMJ

**VIA ECF FILING**
Honorable Andre M. Espinosa, U.S.M.J.
United States District Court – New Jersey
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    **NJDEP, et al. v. American Thermoplastics Corp., et al.**
        **Docket No.: 2:98-cv-04781-JXN-AME**

Dear Magistrate Judge Espinosa:

Your Honor's Text Order dated July 22, 2024, *see* Dkt. 1481, has scheduled a telephonic status conference in the above matter.  I will be out of the country on that date, but I do not want to further delay this matter so with my adversary's consent, I respectfully request that the Court reschedule the conference.  We would propose the following dates: **August 24, 2026; September 9, 2026; September 10, 2026.**

Thank you for your consideration of this matter and we will wait for Your Honor's guidance.

Respectfully submitted,

JEFFREY M. POLLOCK

cc:    Debra S. Rosen, Esq.
        Charles J. Dennen, Esq.
        Non-party insurance carriers (via email)