DNJ-CMECF-002 (Rev. 8/2026)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,

Plaintiff(s),

v.

AMERICAN THERMOPLASTICS CORP. et al.,

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 98-cv-4781-JXN-AME

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Louis C. Dodge Jr. Digitally signed by Louis C. Dodge Jr. Date: 2026.09.09 14:19:20 -04'00'

Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Larry Silver

Firm: Langsam Stevens Silver & Hollaender LLP

Address: 1818 Market Street, Suite 2430
Philadelphia, PA 19103

Email: lsilver@lssh-law.com

Phone: 215-239-9023

Admitted on behalf of (List litigant(s) here): Occidental Petroleum Corporation