**SO ORDERED.**
The Clerk of Court is directed to unseal the filing at D.E. 1484.

*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge

Dated: September 16, 2026

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY NEWARK VICINAGE**

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,

Plaintiffs,

v.

AMERICAN THERMOPLASTICS CORP. et al.,

Defendants

**Civil Action No. 98-CV-4781-JXN-AME**

**CERTIFICATION OF LOUIS C. DODGE JR.**

I, Louis C. Dodge Jr., hereby certify as follows:

1.) I am an attorney with Langsam Stevens Silver & Hollaender LLP, and I represent Occidental Petroleum Corporation in the captioned matter.

2.) On or about September 8, 2026, a document entitled "1484 Notice of Appearance by Louis C. Dodge Jr." was filed with the Court under seal inadvertently.

3.) The inadvertent sealing of this document was not intended to restrict public access to the court record and has unnecessarily limited access to the filing that should be publicly available.

4.) Accordingly, Occidental Petroleum Corporation respectfully requests that the Court unseal the document entitled "1484 Notice of Appearance by Louis C. Dodge Jr." and direct that is be made available as part of the public record.

I certify that the foregoing statements by me are true and correct to the best of my

knowledge, information and belief. I am aware that if any of these statements are willfully false, I am subject to punishment.

Dated: September 9, 2026

Respectfully submitted,

s/ Louis C. Dodge Jr.
Louis C. Dodge Jr. (NJ Attorney ID# 373672021)
LANGSAM STEVENS SILVER & HOLLAENDER LLP
1818 Market Street, Suite 2340
Philadelphia, PA 19103
Email: ldodge@lssh-law.com

*Attorneys for Defendant Occidental Petroleum Corporation*